AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:25-mj-00175 |
| LORENZO GREENE (AKA: LORENZO GREEN) | ) Assigned To: Judge Sharbaugh, Matthew J. |
| DOB: XXXXXX | ) Assign. Date: 8/26/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 24, 2025_____ in the county of _____ in the

_____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c)(1)(a)(i) (Possession of a Firearm in Furtherance of a Crime), | |
| 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm), | |
| 21 U.S.C. § 841(a)(1) (Possession of a Controlled Substance with Intent to Distribute). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Sara Terry, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____08/26/2025_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*